848 PORT HURON & GRATIOT RY. CO. ET AL. vs. CIRCUIT JUDGE (St. Clair), 31 M., 456.

To vacate order appointing receiver and to dissolve an injunction restraining the majority of the directors from the management and control of the corporate business.

Granted April 13, 1875.

Held, that a Court of Chancery cannot take from directors and vest in a receiver the management and control of a railroad company, except in proceedings under the statute to dissolve the corporation, and that the ex-parte appointment of the receiver and granting of the injunction, are more than irregular and are absolutely void as beyond the power of the court.